**IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **V.** | ) | **CR. NO. 02-00112-CG** |
| | ) | **CR. NO. 02-00140-CG** |
| **JEFFERY LANCE SMITH,** | ) | **CR. NO. 02-00198-CG** |
| | ) | |
| **Defendant.** | ) | |

**ORDER**

     The defendant is in custody pursuant to a warrant issued for revocation of supervised release.  Today, the Probation Office has informed the court that a person other than the defendant, has confessed to sending the threatening communication, using the defendant's name, which was the basis for the issuance of the warrant.

     Therefore, the defendant is ordered to be RELEASED FROM CUSTODY immediately, the petition for revocation of supervised release is DENIED, and the revocation hearing scheduled for July 2, 2009, is CANCELLED.

     Upon release from custody, the defendant shall resume his term of supervised release upon the conditions previously imposed, and shall report immediately to the Probation Office, if his release occurs during business hours.  Otherwise, he shall immediately contact his Probation Officer.

     DONE and ORDERED this 19th day of June, 2009.


                                    /s/ Callie V. S. Granade
                                    Chief United States District Judge